LAW OFFICES
# NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.

27TH FLOOR
ONE SOUTH STREET
BALTIMORE, MARYLAND 21202-3282
www.nqgrg.com
(410) 332 8550

ALLAN P. HILLMAN
(410) 332-8542

FAX NO.
(410) 951-6026
APH@NQGRG.COM

August 28, 2002

Honorable Marvin J. Garbis
United States District Judge
United States District Court
101 W. Lombard Street, Chambers 5C
Baltimore, MD 21201

RECEIVED
IN THE CHAMBERS OF

AUG 2 9 2002

UNITED STATES DISTRICT COURT

Re:   *Sandler Systems, Inc. v. Buhler*; Civil Action No. MJG-02-1942

Dear Judge Garbis:

Confirming my advice to Ms. Whitemore today, in order to facilitate a possible settlement of this case, Sandler Systems, Inc. has agreed to extend the date by which Defendants must respond to the Complaint to and including September 9, 2002. I also note that Sandler Systems has reached a settlement with one of the Defendants, Professional Duplicating, Inc. d/b/a Infinity Publishing (publisher of the Second Edition of <u>The Selling Safari</u>). The settlement documents are being prepared now.

The remaining Defendants are the three "Buhler defendants," Alan C. Buhler, Achievement Strategies, Inc. and Sales Research and Consulting (all represented by Mr. Hosch) and High Mountain Publishing, publisher of the First Edition of the Book, whose principal is Ms. Adair. Sandler has been in communication with these parties and we hope to know prior to September 9 whether or not further amicable resolutions can be reached.

We thank the Court for its consideration.

Respectfully yours,

Allan P. Hillman

APH/fy
cc:  Ms. Tama Adair
     Charles M. Hosch, Esquire
     Mr. Tom Gregory, Sr.
     Gary Kolb, Esquire, General Counsel
        Sandler Systems, Inc.

IT IS SO ORDERED, this
29th day of August
2002.

MARVIN J. GARBIS
United States District Judge

171903/2496.1