FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 DEC 12  P 2: 37

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | |
|---|---|
| SANDLER SYSTEMS, INC. | * |
| | * |
| Plaintiff | * |
| | * Civil No. MJG-02-CV-1942 |
| v. | * |
| ALAN C. BUHLER, et al., | * |
| | * |
| Defendants. | * |

**********************************************

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, Plaintiff Sandler Systems, Inc. hereby dismisses its claims against Defendant Achievement Strategies, Inc. without prejudice.

Dated: December 10, 2002

_____
Allan R. Hillman
NEUBERGER, QUINN, GIELEN, RUBIN
& GIBBER, PA

One South Street, 27th Floor
Baltimore, MD 21202
410-332-8550

Attorneys for Plaintiff

Approved this 12th day of December, 2002.

_____
Marvin J. Garbis
United States District Judge

176162/2496.1